1  PETER D. KEISLER
   Assistant Attorney General
2
   KEVIN V. RYAN
3  United States Attorney

4  ELIZABETH J. SHAPIRO
   RENÉE S. ORLEANS
5  U.S. Department of Justice, Civil Division
   Federal Programs Branch
6
       20 Massachusetts Ave., NW, Room 7120
7      Washington, D.C. 20530
       Tel: (202) 514-4504; Fax: (202) 616-8470
8      Renee.Orleans@usdoj.gov

9  Attorneys for Defendant

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                                          )
13 JAMES R. ODLE,                         )
                                          )  Case No. C 05-2711 (MMC)
14              Plaintiff,                )
                                          )  [PROPOSED] ORDER GRANTING
15                                        )  STIPULATED BRIEFING
                                          )  SCHEDULE AND REQUEST TO
16                                        )  VACATE NOVEMBER 4, 2005
                                          )  CASE MANAGEMENT
17                                        )  CONFERENCE
                                          )
18 U.S. DEPARTMENT OF                     )
   JUSTICE, OFFICE OF                     )
19 PROFESSIONAL                           )
   RESPONSIBILITY,                        )
20                                        )
                Defendant.                )
21 _____)

22
       The Court, having considered the parties' Stipulated Briefing Schedule and
23
   Request to Vacate November 4, 2005 Case Management Conference, hereby grants the
24
   stipulation and orders defendant to file a motion for summary judgment by November 4,
25
   2005. Defendant will set a January 2006 hearing date for its motion for summary
26
   judgement.
27

28 PROPOSED ORDER GRANTING STIPULATED BRIEFING SCHEDULE AND REQUEST TO VACATE
   NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE, Case No. C 05-2711 (MMC)

1  The Court further orders that the Case Management Conference scheduled for
2  November 4, 2005, be vacated at this time.
3
4
5  IT IS SO ORDERED.
6
7  Dated: October 19, 2005
   _____
   Hon. Maxine M. Chesney
8  United States District Judge

28 PROPOSED ORDER GRANTING STIPULATED BRIEFING SCHEDULE AND REQUEST TO VACATE
   NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE, Case No. C 05-2711 (MMC)
   -2-