PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

ELIZABETH J. SHAPIRO
RENÉE S. ORLEANS
U.S. Department of Justice, Civil Division
Federal Programs Branch

    20 Massachusetts Ave., NW, Room 7120
    Washington, D.C. 20530
    Tel: (202) 514-4504; Fax: (202) 616-8470
    Renee.Orleans@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. ODLE,<br><br>        Plaintiff,<br><br> <br><br>U.S. DEPARTMENT OF JUSTICE, OFFICE OF PROFESSIONAL RESPONSIBILITY,<br><br>        Defendant. | Case No. C 05-2711 (MMC)<br><br>STIPULATED BRIEFING SCHEDULE AND RESCHEDULE JANUARY 20, 2006 HEARING DATE |

The parties hereby stipulate that the remaining briefing schedule for Defendant's Motion for Summary Judgment, filed on November 4, 2005, will be as follows:

    Plaintiff's Response due:      January 13, 2006

    Defendant's Reply due:       February 3, 2006

The parties further request that the Court move the current hearing date of January 20, 2006, to February 17, 2006.

STIPULATED BRIEFING SCHEDULE AND RESCHEDULE JANUARY 20, 2006 HEARING DATE, Case No. C 05-2711 (MMC)

1  Respectfully submitted,

3                                              PETER D. KEISLER
                                               Assistant Attorney General

4                                              KEVIN V. RYAN
5                                              United States Attorney

6   /s/ James R. Forbes                         /s/ Renée S. Orleans
    JAMES R. FORBES                            ELIZABETH J. SHAPIRO
7   PAUL STINSON                               RENÉE S. ORLEANS
    NIXON PEABODY LLP                          U.S. Department of Justice, Civil Division
8   Two Embarcadero Center                     20 Massachusetts Ave., NW, Room 7120
    Suite 2700                                 Washington, D.C. 20530
9   San Francisco, CA 94111-3996               Tel: (202) 514-4504; Fax: (202) 616-8470
    Tel: (415) 984-8200                        Renee.Orleans@usdoj.gov
10  Fax: (415) 984-8300
    jforbes@nixonpeabody.com
11  pstinson@nixonpeabody.com

12  Counsel for Plaintiff                      Counsel for Defendant

13  Dated: December 7, 2005

15
    SO ORDERED:
16

17  Dated: December 7, 2005                    _____
                                               Hon. Maxine M. Chesney
18                                             United States District Judge

STIPULATED BRIEFING SCHEDULE AND RESCHEDULE JANUARY 20, 2006 HEARING DATE, Case No.
C 05-2711 (MMC)

-2-