PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

ELIZABETH J. SHAPIRO
RENÉE S. ORLEANS
U.S. Department of Justice, Civil Division
Federal Programs Branch

   20 Massachusetts Ave., NW, Room 7120
   Washington, D.C. 20530
   Tel: (202) 514-4504; Fax: (202) 616-8470
   Renee.Orleans@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. ODLE, <br><br> Plaintiff, <br><br> U.S. DEPARTMENT OF JUSTICE, OFFICE OF PROFESSIONAL RESPONSIBILITY, <br><br> Defendant. | Case No. C 05-2711 (MMC) <br><br> STIPULATED REQUEST TO RESCHEDULE FEBRUARY 17, 2006, HEARING DATE TO MARCH 3, 2006 |

    Defendant's Motion for Summary Judgment presently has a hearing date of February 17, 2006. Due to a scheduling conflict on the part of counsel for defendant, the parties hereby request that the Court move the current hearing date of February 17, 2006, to March 3, 2006. If the Court is unavailable on that date, the parties request that the hearing date be rescheduled for March 10, 2006.

    All other dates in the briefing schedule are unaffected by this stipulation.

STIPULATED REQUEST TO RESCHEDULE FEBRUARY 17, 2006 HEARING DATE TO MARCH 3, 2006,
Case No. C 05-2711 (MMC)

Respectfully submitted,

|  |  |
|---|---|
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | KEVIN V. RYAN<br>United States Attorney |
| /s/ James R. Forbes<br>JAMES R. FORBES<br>PAUL STINSON<br>NIXON PEABODY LLP<br>Two Embarcadero Center<br>Suite 2700<br>San Francisco, CA 94111-3996<br>Tel: (415) 984-8200<br>Fax: (415) 984-8300<br>jforbes@nixonpeabody.com<br>pstinson@nixonpeabody.com | /s/ Renée S. Orleans<br>ELIZABETH J. SHAPIRO<br>RENÉE S. ORLEANS<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave., NW, Room 7120<br>Washington, D.C. 20530<br>Tel: (202) 514-4504; Fax: (202) 616-8470<br>Renee.Orleans@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |

Dated: January 24, 2006

SO ORDERED:

Dated: January 24, 2006                          _____
                                                 Hon. Maxine M. Chesney
                                                 United States District Judge

STIPULATED REQUEST TO RESCHEDULE FEBRUARY 17, 2006 HEARING DATE TO MARCH 3, 2006,
Case No. C 05-2711 (MMC)

-2-